## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
LODGED _____ RECEIVED

Charles Browne                                   *

2523 Savannah St. S.E., #2

Washington, DC 20020                             *

*(Full name and address of the plaintiff)*
### Plaintiff(s)

APR 0 8 2015

AT GREENBELT
CLERK U.S. DISTRICT COURT
BY    DISTRICT OF MARYLAND
                        DEPUTY

PJM 15 CV 1003

                       vs.              *        Civil No.:_____
                                                 *(Leave blank.  To be filled in by Court.)*
Protas, Spivok & Collins

4330 East West Highway                  *

Suite 900

Bethesda, Md 20814-8854                 *


*(Full name and address of the defendant(s))*
### Defendant(s)                        *
                                ******

## COMPLAINT

1.   Jurisdiction in this case is based on:

☑   Diversity (none of the defendants are residents of the state where plaintiff is a resident)

☐   Federal question (suit is based upon a federal statute or provision of the United States Constitution)

☐   Other (explain) _____

_____

_____

2.   The facts of this case are:

1. Failure to Prove Debt Ownership: Letter written to Defendant was meant to establish debt own-

ership.  Defendant's reply to letter was an incomplete credit card number never owned by the

Plaintiff.

2. Original Debt Satisfied: Debt in question was for an automobile owned by Plaintiff that was

stolen and in an accident.  (DC Police Dept. Case#:054618)  Please attached car report. (Exhibit B

3. False Statement: An affidavit was served to an individual never known by the Plaintiff.

Records of rental payments shows proof of residence at the time of the served affidavit to

expedite process against Plaintiff.

4. Financial Hardship: Since judgement has been awarded to Defendant, financial hardship has

befallen Plaintiff.  Please see Exhibit D for proof of hardship.

3.   The relief I want the court to order is:

☑   Damages in the amount of: $18,762.49 _____

☑   An injunction ordering: Motion to dismiss judgement against Plaintiff _____

_____

☐   Other (explain) _____

_____


4-6-2015
_____
(Date)

_____
((Signature)

Charles Browne
_____

2523 Savannah St. SE #2
_____

Washington, DC 20020
_____

301-792-6165
_____
(Printed name, address and phone number of
Plaintiff)


**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.