Protas, Spivok and Collins LLC
4330 East West Highway
Bethesda, MD 20814
***VIA REGISTERED MAIL***

*[handwritten annotation: Letter I sent for clarification of debt collection]*

To Whom It May Concern,

This letter is being sent to you in response to a Writ of Garnishment of Wages against me received from you on January 28th, 2015. Be advised that this letter is a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g Sec. 809 (b) that your claim is disputed and validation is being requested.

I respectfully request that your offices provide me sufficient evidence that I have any legal obligation to pay you. Please provide me the following:

- What this debt is for;
- Explanation of the alleged amount;
- Documentation providing proof of agreement to pay alleged debt;
- Verification of any judgment, if applicable;
- Identification of the original creditor;
- Proof the Statue of Limitations does not apply to this alleged debt;
- Your License numbers and Registered Agent

At this time, I will also inform your offices that if any invalid information to any of the 3 credit bureaus (Equifax, Experian and TransUnion) has been reported, this constitutes as fraud under both Federal and State Laws. I will exercise my rights to bring legal action against your offices for the following:

- Violation of the Fair Credit Reporting Act
- Violation of the Fair Debt Collection Practices Act
- Defamation of Character (as established by D.C. Code Sec 12-301(4)

If your offices are able to provide proper documentation as requested, I will require at least 30 days to investigate this information and during such time all collection activity must cease and desist.

If your offices fail to respond to this validation request within 30 days of receipt, all references to this account must be expunged and completely removed from my credit file. Once this has been done, a copy of verification should be sent to me stating the aforementioned actions have taken place.

I am also requesting that no further contact be made with me EXCEPT in writing.

Sincerely,

Charles Browne

Exhibit A

*[handwritten: Their response to my request]*

LAW OFFICES

# PROTAS, SPIVOK & COLLINS, LLC

4330 EAST WEST HIGHWAY
SUITE 900
BETHESDA, MARYLAND 20814-4454

(301) 469-3636
TELECOPIER (301) 469-3601

February 11, 2015

CHARLES BROWNE
2523 SAVANNAH ST SE APT 2
WASHINGTON DC 20020

Re: Creditor: Sharon Holding Corp assignee of HOUSEHOLD AUTO FINANCE
Our File No.: K570702

DEAR MR. BROWNE:

Thank you for your recent request for verification of debt for the above referenced creditor. The name and address of the original creditor is, Sharon Holding Corp, Suite 404, Great Neck, NY, 11021. The debt is from your credit card account number 500001286574. The debt has been verified and the principal balance due is $11,870.40.

*[handwritten: Never owned, incompleted cc]*

Please contact us to discuss an amicable resolution of this matter. This letter is from a debt collector, is an attempt to collect a debt and any information obtained will be used for that purpose.

Very truly yours,

Philip J. Collins

PJC\SSS
d21