IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 0 4 2015

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

| | | |
|---|---|---|
| CHARLES BROWNE | * | |
| Plaintiff | * | |
| v. | * | Civil No.: PJM 15-1003 |
| PROTAS, SPIVOK & COLLINS | * | |
| Defendant | * | |

## ORDER OF DISMISSAL

The Court has received a letter from Plaintiff Charles Browne, *pro se*, which it regards as a Motion for Reconsideration of its Order denying Browne's request to proceed *in forma pauperis*. Upon consideration of Browne's Motion for Reconsideration (Paper No. 4), it is, this 1st day of May, 2015

**ORDERED:**

1. Browne's Motion for Reconsideration (Paper No. 4) is **DENIED**;

2. The Court notes further that Browne's Complaint alleges that jurisdiction in this Court is based on the diversity of the parties. "The district courts shall have original jurisdiction for all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States." 28 U.S.C. § 1332(a). The Complaint does not provide many allegations, but seems to be challenging a state-court judgment against Browne that resulted in a garnishment of his wages. As relief, Browne seeks damages in the amount of $18,762.49 and an injunction ordering dismissal

of the state-court judgment against him.  Since the amount in controversy does not exceed $75,000, jurisdiction is improper here;[1]

3.  Accordingly, the Complaint is **DISMISSED**;

4.  The Clerk of the Court is directed to **CLOSE** this case.

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

---

[1] Jurisdiction is also likely improper under the *Rooker-Feldman* doctrine, whereby a federal district court—with limited exceptions—"cannot review state court decisions." *Holliday Amusement Co. of Charleston, Inc. v. State of South Carolina*, 401 F.3d 534, 537 (4th Cir. 2005).  That power "lies exclusively with superior state courts." *Id.* The Court, however, need not address that issue.